UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WESLEY HERMAN and JOELLEN HERMAN, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) ) | 3:23-CV-1543-G |
| AIG PROPERTY AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

# ORDER

On September 14, 2023, the court (1) ordered the parties to file a joint status report regarding the outcome of the mediation and the status of this case and (2) set an expedited briefing schedule on the plaintiffs' motion for leave to amend their complaint. *See* Order (docket entry 10). The parties responded, in pertinent part, as follows:

> [B]oth parties have agreed verbally to a final version of the settlement agreement document. While the final document has not yet been signed, counsel is optimistic that final settlement papers can be executed, and the settlement funded, within the next thirty (30) days. To that end, the parties respectfully request the Court abate

> all matters for thirty (30) days, including consideration of the Motion for Leave to Amend Their Complaint (Docket No. 9) such that no response is necessary at this time. The parties anticipate presenting the Court with a joint dismissal with prejudice along with a proposed order, if necessary on or before October 20, 2023.

Joint Status Report Regarding Mediation (docket entry 11) at 1-2.

The parties' joint motion to abate deadlines for thirty days is **GRANTED**. Accordingly, the portion of the court's order setting an expedited briefing schedule on the plaintiffs' motion for leave to amend their complaint, *see* Order (docket entry 10), is hereby **VACATED**. If a final judgment or order of dismissal is not presented for entry by **October 20, 2023**, the parties shall file a joint status report on the status of this case no later than **October 23, 2023**.

**SO ORDERED**.

September 22, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**